IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREEMAN BERRY, JR., : | |
| : | |
| Movant, : | CRIMINAL ACTION NO. |
| : | 1:97-CR-359-RWS-AJB-2 |
| v. : | |
| : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, : | 1:16-CV-3868-RWS |
| : | |
| Respondent. : | |

**ORDER**

This case is before the Court on Movant's 28 U.S.C. § 2255 motion to vacate [232], the Final Report and Recommendation ("R&R") of Magistrate Judge Alan J. Baverman [235], and Movant's Objections [237].

The Court must "make a de novo determination of those portions of the [R&R] to which objection is made" and "may accept, reject, or modify, in whole or in part, the [R&R]." 28 U.S.C. § 636(b)(1)(C). Portions of the R&R to which no objection is made are reviewed only for clear error. Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam).

Judge Baverman recommended that Movant's § 2255 motion be dismissed as untimely. [Doc. 235 at 7]. As Judge Baverman correctly explained, the one-year statute of limitations in 28 U.S.C. § 2255(f)(1) expired no later than March 27, 2001,

AO 72A
(Rev.8/82)

and Movant executed his § 2255 motion more than fifteen and one-half years late, on October 10, 2016. [*Id.* at 3-4]. Movant failed to (1) argue in favor of the applicability of the one-year statute of limitations in § 2255(f)(2)-(4), (2) show that equitable tolling is justified, or (3) demonstrate actual innocence. [*Id.* at 4].

In his Objections, Movant complains that the Government printed an incorrect case number on his plea agreement in 1999. [Doc. 237 at 1-7]. Despite that error, Movant's name and signature appear on his plea agreement, as Judge Baverman noted. [Doc. 235 at 1 n.1]. The Government's use of an incorrect case number in 1999 did not occur within one year before October 10, 2016, when Movant executed his § 2255 motion. Therefore, Movant fails to show that his § 2255 motion is timely pursuant to § 2255(f). Movant also fails to establish that equitable tolling is warranted or that he is actually innocent.

Based on the foregoing, Movant's Objections [237] are **OVERRULED**; Judge Baverman's R&R [235] is **ADOPTED** as the Opinion and Order of the Court; Movant's § 2255 motion [232] is **DISMISSED** as untimely; and a Certificate of Appealability is **DENIED**. The Clerk is **DIRECTED** to **CLOSE** civil action number 1:16-cv-3868-RWS.

**SO ORDERED**, this 12th day of January, 2017.

                                               **RICHARD W. STORY**
                                               United States District Judge